# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN D. THOMAS,<br><br>                     Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, et al.,<br><br>                     Defendants. | Case No. 2:09-cv-00514-PMP-PAL<br><br>**ORDER**<br><br>(IFP App & Complaint - Dkt. #1) |

This matter is before the court on Plaintiff's Application to Proceed *In Forma Pauperis*. Plaintiff is an incarcerated litigant proceeding *pro se*. He submitted a Complaint (Dkt. #1) pursuant to 42 U.S.C. § 1983 on March 18, 2009. This proceeding was referred to this court by Local Rule IB 1-9.

Plaintiff has submitted the affidavit required by § 1915(a) showing an inability to prepay fees and costs or give security for them. However, he did not include a signed financial certificate by an authorized officer of the institution in which he is incarcerated or a copy of his inmate trust account statement, as required by 28 U.S.C. §1915(a)(2) and Local Rule LSR 1-2.

Accordingly,

**IT IS ORDERED:**

1. Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. #1) is DENIED WITHOUT PREJUDICE.
2. Plaintiff shall file a new Application to Proceed *in Forma Pauperis*, accompanied by a signed and executed financial certificate and a statement of his inmate trust account. The Clerk of the Court shall send Plaintiff a blank application form for incarcerated litigants with Instructions. In the alternative, Plaintiff shall make the necessary arrangements to pay the filing fee of three hundred fifty dollars accompanied by a copy

of this order.  Plaintiff shall have **thirty days** from the date on which this order is entered to comply.  Failure to comply will result a recommendation to the District Judge that this case be dismissed for failure to comply with this order.

Dated this 18th day of June, 2010.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE