# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KEVIN D. THOMAS,

               Plaintiff,

vs.

CLARK COUNTY, et al.,

               Defendants.

Case No. 2:09-cv-00514-PMP-PAL

**REPORT OF FINDINGS AND RECOMMENDATION**

(IFP App. - Dkt. #1)

      This matter is before the court on Plaintiff's Application to Proceed *In Forma Pauperis*. Plaintiff is an incarcerated litigant proceeding *pro se*. He submitted a Complaint (Dkt. #1) pursuant to 42 U.S.C. § 1983 on March 18, 2009. This proceeding was referred to this court by Local Rule IB 1-9. The court entered an Order (Dkt. #4) denying Plaintiff's Application to Proceed *In Forma Pauperis* without prejudice because Plaintiff had not included a signed financial certificate by an authorized officer of the institution in which he is incarcerated or a copy of his inmate trust account statement, as required by 28 U.S.C. §1915(a)(2) and Local Rule LSR 1-2. The court allowed Plaintiff thirty days to file a completed Application and warned Plaintiff that failure to comply would result a recommendation to the District Judge that this case be dismissed for failure to comply. Plaintiff has not filed a new, completed Application, nor has he requested additional time in which to comply.

      Accordingly,

      **IT IS RECOMMENDED** that Plaintiff's Application to Proceed *In Forma Pauperis* be DENIED.

      Dated this 26th day of July, 2010.

                                                                   _____
                                                                    PEGGY A. LEEN
                                                                    UNITED STATES MAGISTRATE JUDGE