# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KEVIN D. THOMAS, | 2:09-CV-00514-PMP-PAL |
| Plaintiff, | **ORDER** |
| vs. | |
| CLARK COUNTY, et al., | |
| Defendants. | |

The Court having conducted a *de novo* review of the Report of Findings and Recommendation (Doc. #5) of the honorable Peggy A. Leen, United States Magistrate Judge entered July 26, 2010, and good cause appearing,

**IT IS ORDERED** that Magistrate Judge Leen's Report and Recommendation is hereby **AFFIRMED**, and Plaintiff's Application to proceed *In Forma Pauperis* (Doc. #1) is **DENIED**.

DATED: August 6, 2010.

_____
PHILIP M. PRO
United States District Judge